JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTIAN PARRILLA,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | Case No. CV 15-8547-DFM<br><br>JUDGMENT |

Pursuant to the Court's Opinion and Order,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: June 6, 2018

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　DOUGLAS F. McCORMICK
　　　　　　　　　　　　　　　　　　United States Magistrate Judge